# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BLUE RHINO GLOBAL SOURCING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST CHOICE PRODUCTS a/k/a SKY BILLIARDS, INC., <br><br> Defendant. | CASE NO. LA CV18-05526-JAK (AFMx) <br><br> **ORDER RE JOINT STIPULATION OF DISMISSAL** <br><br> **JS-6** |

This matter came before the Court on the parties' Joint Stipulation of Dismissal.

NOW, THEREFORE, the Court **GRANTS** the parties' Joint Stipulation of Dismissal, and hereby orders the following:

This matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 26, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE